# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:01CR5-V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| **KOVA DUAN WRIGHT,** ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on various miscellaneous motions submitted by Defendant Wright in connection with his post-conviction Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines. (Documents ##901-903, 908)

Defendant, through counsel, seeks authorization for release of certain non-public materials, an order directing the U.S. Probation Department to revise its Supplemental Presentence Report of April 22, 2009 (Document #860), and an order permitting his Motion for a Revised Supplemental Report to be made under seal. For purposes of advancing the case, the relief sought by Defendant Wright will be granted.[1]

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion for Provision of Documents, Motion for a Revised Supplemental Presentence Report, Motion to File Under Seal, and Motion for Entry of Orders are all hereby **GRANTED.** Accordingly, the Clerk's Office is authorized to release a copy of Documents ##686 and 689 to Attorney Charles Brewer and Document #902 will remain under seal;

---

[1] The Court does not ordinarily require the U.S. Probation Department to revise or amend its own reports. However, in this particular case, the Court will *request* that the responsible U.S. Probation Officer review the issues raised by counsel within Document #902 and make any appropriate corrections or revisions such that the record may be transparent and readily reviewed in the event of appeal.

2) If appropriate, the U.S. Probation Department may revise its April 22, 2009 Supplemental Presentence Report **on or before Monday, February 7, 2011**; and

3) The Deputy Clerk is directed to forward a copy of this Order to Defense Counsel, the U.S. Attorney's Office, and the U.S. Probation Department.

Signed: January 18, 2011

Richard L. Voorhees
United States District Judge