IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:01CR5-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| KOVA DUAN WRIGHT, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of defense counsel for purposes of obtaining access to certain non-public materials in connection with preparation of Defendant Wright's post-conviction Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines. (Document #911)

**IT IS, THEREFORE, ORDERED** that Defendant's Motion is **GRANTED.** Accordingly, the Clerk's Office and / or the U.S. Probation Department are both hereby authorized to release a copy of Documents ##584 and 696 to Attorney Charles Brewer.

Signed: March 21, 2011

Richard L. Voorhees
United States District Judge